# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| BLAKE RICHARD HOOVER | )   2:25-mj-1248-DNF |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 22, 2025  in the county of  Charlotte  in the  Middle  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Arson |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Richard Gales
*Complainant's signature*

Special Agent Richard Gales, ATF
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 9/24/25

*Judge's signature*

City and state: Fort Myers, Florida    Douglas N. Fraizer, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Richard Gales of the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state the following:

## INTRODUCTION

1. I am currently a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice (DOJ), and as such am empowered under 18 U.S.C. § 3051 to enforce Title 18 and other criminal laws of the United States.

2. I began my career with ATF as a Special Agent in 2015. I attended and completed the ATF Special Agent Basic Training (SABT), which led to my current position as an ATF Special Agent. I received substantial additional training in subject matters specific to each position's requirements and challenges. I have participated in and conducted numerous investigations, which have resulted in the arrest and conviction of individuals who have participated in illegal firearms and narcotics activity. I have been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of illicit firearms and narcotics activity.

3.      This affidavit is submitted in support of a criminal complaint charging Blake Richard **HOOVER** with violating 18 U.S.C. § 844(i) (*Arson*), which makes it a crime for anyone to maliciously damage or destroy, or attempt to damage or destroy, by means of fire any building used in interstate or foreign commerce or in any activity affecting interstate or foreign.

4.      I am familiar with the facts and circumstances of this investigation either as a result of my personal involvement or as a result of other information made available to me from other sources, including investigative reports and reports from other law enforcement personnel. Thus, the information provided herein is based upon this combined knowledge as well as my experience and background. This affidavit is intended only to show that there is probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter.

## **PROBABLE CAUSE**

5.      On or about September 19, 2025, at approximately 10:30 P.M., Blake Richard **HOOVER ("HOOVER")** set an intentional fire at the Chabad of Charlotte County, located at 424 W. Hendry Street in Punta Gorda, Florida, in the Middle District of Florida ("Chabad Jewish Center").

6.      Inside the Chabad Jewish Center is, among other things, a Hebrew school and a community synagogue open to all people of Jewish faith regardless of background, affiliation, or level of observance. The Chabad Jewish Center is part of an international network of Chabad centers which operate in all 50 states and scores

2

of countries around the world. The Chabad Jewish Center was used in, and engaged in activities which effected, interstate and foreign commerce.

7. On September 19, 2025, at approximately 10:48 P.M., a fire alarm within the Chabad Jewish Center was activated notifying the Punta Gorda Fire Department. Punta Gorda Fire Department quickly arrived at the scene and extinguished the flames. Initial observations made by fire personnel and state arson investigators was that the fire appeared to be an incendiary event with evidence of someone breaking the back window of the structure and igniting combustible materials with the assistance of an accelerant. The fire ignited a small wooden bookcase that had been near the broken window, and there was additional debris within the room where the fire had occurred. The room where the fire damage occurred was identified as a classroom.

8. In addition to the fire damage to the structure, there were also three areas of notable graffiti around the Chabad Jewish Center—specifically the letter **"J"** was spray-painted in black paint on the sidewalk adjacent to the Chabad Jewish Center and on a concrete wall on the side of the structure. These areas of graffiti appeared to be freshly made and were believed to be related to the structure fire.

9. On September 22, 2025, Punta Gorda Police Department (PGPD) received a phone call from PERSON #1, who reported that her sister, PERSON #2, called her and advised that she was worried that her (PERSON #2's) son **HOOVER** was responsible for starting the fire at the Chabad Jewish Center.

10. On September 22, 2025, PERSON #2 was interviewed by law enforcement and provided the following information: **HOOVER** has a hatred towards

3

homosexuals and Jewish people that has become worse over the past few years. **HOOVER** recently asked PERSON #2 if she was aware that the old library was a Jewish place now. **HOOVER** added that he was going to burn it down. On September 19, 2025, **HOOVER** told PERSON #2 that he was going out. PERSON #2 reported noticing the gas can missing from the garage after **HOOVER** left. PERSON #2 called **HOOVER** and begged him not to burn anything down. PERSON #2 reported that **HOOVER** returned home later that night barefoot, holding a spray-paint can, and that he then went to bed. PERSON #2 then went into her garage, and observed that the gas can was there, but it was now empty. She advised that this gas can contained gasoline prior to it being taken from the garage. PERSON #2 noted that HOOVER always talks about Jews as "Js." PERSON #2 had asked **HOOVER** what he had spray-painted the other night, and he replied the letter "J."

11. A license plate reader (LPR) camera located at Marion Avenue and FL-35 in Charlotte County captured **HOOVER's** 2011 blue Ford Focus traveling westbound into the City of Punta Gorda on September 19, 2025, at 10:09 P.M. This observation is consistent with a path of travel between **HOOVER's** residence and the Chabad Jewish Center, at a time shortly before the fire alarm was activated.

12. On September 22, 2025, a search warrant was executed at **HOOVER's** residence where law enforcement seized, among other items, a black spray-paint can and a red plastic gas can.[1]

---

[1] The red plastic gas can contained a quantity of gasoline when it was seized, and PERSON #2 advised that she had re-filled the can after **HOOVER** had returned home on September 19, 2025.

4

## **CONCLUSION**

13. Based on the information set forth in this affidavit, I respectfully submit that there is probable cause to charge Blake Richard **HOOVER** with *Arson* in violation of 18 U.S.C. § 844(i).

Respectfully submitted,

*/s/ Richard Gales*

Richard Gales
Special Agent
ATF

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this  24  day of September 2025, in Fort Myers, Florida.

Douglas Frazier
United States Magistrate Judge